## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **TERRI A. FIELD,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08-4079-JAR** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings

and recommendations filed by Magistrate Judge Donald W. Bostwick, and after a *de novo*

determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the

recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed,

and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further

proceedings  in accordance with the April 17,  2009 Recommendation and Report (Doc. 17).

**IT IS SO ORDERED**.


**Dated:  May 5, 2009**

 **S/ Julie A. Robinson**
 **JULIE A. ROBINSON**
 **UNITED STATES DISTRICT JUDGE**